UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GORGE ORTIZ,<br><br>　　　　　　　　Defendant. | CASE NO. 21-032-RSM<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with an offense that carries the presumption of detention. The government proffered that defendant and others engaged in significant drug trafficking activities. According to the proffer, defendant played a major role in the drug trafficking activities, arranged drug transactions, and made drug transactions. Large amounts of drugs were involved. Indeed, if convicted as charged, defendant faces a mandatory minimum of ten years of imprisonment. The Court weighs the seriousness of the allegations against defendant's history and ties to the community. Defendant has ties to the community in that he has lived in the district for most of his life and also has family members who live here. However, the government's

DETENTION ORDER - 1

proffer indicates that at least one family member may be assisting defendant in some fashion. Defendant was arrested at his home where he lives with family members and law enforcement seized drug money and drugs that were found there. Defendant also has some criminal history. His contact in 2018 with the state court in Arizona indicate involvement with controlled substances a number of years prior to the alleged offenses. He has several state traffic matters and the municipal court has issued two warrants for his arrest, one in 2016 and one in 2020. Both warrants are still outstanding indicating defendant has a pattern of not making court appearances. Additionally defendant has mental health and substance or alcohol issues indicating challenges in maintaining stability in the community.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 25th day of February, 2021.

_____

DETENTION ORDER - 2

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

DETENTION ORDER - 3