UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JAIME HERNANDEZ HERNANDEZ, and<br>GORGE ORTIZ,<br><br>　　　　　　　Defendants. | NO. CR21-032-RSM<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

- $19,619 in United States currency, seized on or about January 5, 2021; and
- A black 2018 BMW M3 with VIN WBS8M9C54J5J78090.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On March 11, 2022, the Court entered respective Preliminary Orders of Forfeiture finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853, and forfeiting the Defendants' interest in it, Dkt. Nos. 89, 90;

Final Order of Forfeiture - 1
*United States v. Hernandez-Hernandez, et al.,* CR21-032-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), Dkt. Nos. 100, 101, and provided direct notice to nine potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A), *see* Declaration of AUSA Jehiel I. Baer in Support of Motion for a Final Order of Forfeiture ¶ 2, Exhibits A, B, C, D, E, F, G, H & I; and
- The time for filing third-party claims has expired, and no additional claims were filed for the Subject Property.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, the Drug Enforcement Administration, and/or their representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this  14th  day of April, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

///

///

Final Order of Forfeiture - 2
*United States v. Hernandez-Hernandez, et al.,* CR21-032-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Jehiel.Baer@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Hernandez-Hernandez, et al.,* CR21-032-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970